EMMA M. HOWARTH, Respondent, *v.* JOHN H. HOWARTH, as Administrator, etc., Appellant.

(Argued February 27, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 9, 1890, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*S. M. Lindsley* for appellant.

*A. M. Beardsley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.